**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Brian Craig Fitzgerald<br>Colleen Marie Fitzgerald<br><u>Debtors</u> | CHAPTER 13<br><br>BKY. NO. 16-10984 TPA |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC, and index same on the master mailing list.

Re: Loan # Ending In: 8015

                      Respectfully submitted,

                      **/s/ Joshua I. Goldman, Esquire**
                      Joshua I. Goldman, Esquire
                      jgoldman@kmllawgroup.com
                      Attorney I.D. No. 205047
                      KML Law Group, P.C.
                      701 Market Street, Suite 5000
                      Philadelphia, PA 19106
                      Phone: 215-825-6306
                      Fax: 215-825-6406
                      Attorney for Movant/Applicant