# IN THE UNITED STATED BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 16-10984-TPA |
| | : | |
| Brian Craig Fitzgerald and | : | CHAPTER 13 |
| Colleen Marie Fitzgerald, | : | |
| Debtors. | : | |
| | : | |

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

September 16, 2016 – Wife

September 30, 2016

October 7, 2016

**Next Payment Advice Expected (post-filing):**

October 14, 2016 – Husband

October 14, 2016 – Wife

C.B.    FITZGERALD, BRIAN CRAIG & COLLEEN MARIE

| PAY PERIOD | 09/4/2016 - 09/10/2016 | | | Pay Date: | 09/16/2016 |

Total Hours: 9.00

**EMPLOYER**
HomeAides Incorporated
4934 Peach Street
Millcreek TWP PA 16509

**EMPLOYEE**
Colleen M Fitzgerald
16469 Route 957
Bear Lake PA 16402

**NET PAY:** $17.29
Checking# ....9288  $17.29

| PAY | QTY | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 8.50 | $9.50 | $80.75 | $80.75 |
| Regular Pay 3-11 | 0.50 | $9.75 | $4.88 | $4.88 |
| **Total** | | | **$85.63** | **$85.63** |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | $4.24 | $4.24 |
| Social Security | $5.31 | $5.31 |
| Medicare | $1.24 | $1.24 |
| PA Income Tax | $2.63 | $2.63 |
| PA SUI Employee | $0.06 | $0.06 |
| Bear Lake | $0.43 | $0.43 |
| Warren Cnty SD PSD 620101 | $0.43 | $0.43 |
| **Total** | **$14.34** | **$14.34** |

| AFTER-TAX ADJUSTMENTS | Current | YTD |
|---|---|---|
| LST Tax | $1.00 | $1.00 |
| Child Abuse Clearance | $10.00 | $10.00 |
| Drug Screen | $7.00 | $7.00 |
| Background Check | $10.00 | $10.00 |
| PPD/TB Test | $26.00 | $26.00 |
| **Total** | **$54.00** | **$54.00** |

| Net Pay | Current | YTD |
|---|---|---|
| | $17.29 | $17.29 |

Powered by Intuit Payroll

| PAY PERIOD | 09/18/2016 - 09/24/2016 | | | Pay Date: | 09/30/2016 |

Total Hours: 28.00

**EMPLOYER**
HomeAides Incorporated
4934 Peach Street
Millcreek TWP PA 16509

**EMPLOYEE**
Colleen M Fitzgerald
16469 Route 957
Bear Lake PA 16402

NET PAY:  $216.65
Checking# ....9288  $216.65

| PAY | QTY | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 17.00 | $9.50 | $161.50 | $242.25 |
| Regular Pay Weekends | 10.00 | $10.50 | $105.00 | $105.00 |
| Regular Pay 3-11 | 1.00 | $9.75 | $9.75 | $14.63 |
| **Total** | | | **$276.25** | **$361.88** |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | $26.03 | $30.27 |
| Social Security | $17.13 | $22.44 |
| Medicare | $4.01 | $5.25 |
| PA Income Tax | $8.48 | $11.11 |
| PA SUI Employee | $0.19 | $0.25 |
| Bear Lake | $1.38 | $1.81 |
| Warren Cnty SD PSD 620101 | $1.38 | $1.81 |
| **Total** | **$58.60** | **$72.94** |

| AFTER-TAX ADJUSTMENTS | Current | YTD |
|---|---|---|
| LST Tax | $1.00 | $2.00 |
| Child Abuse Clearance | $0.00 | $10.00 |
| Drug Screen | $0.00 | $7.00 |
| Background Check | $0.00 | $10.00 |
| PPD/TB Test | $0.00 | $26.00 |
| **Total** | **$1.00** | **$55.00** |

| Net Pay | Current | YTD |
|---|---|---|
| | $216.65 | $233.94 |

Intuit Payroll

| PAY PERIOD | 09/25/2016 - 10/1/2016 | | | | Pay Date: | 10/7/2016 |

Total Hours: 21.00

**EMPLOYER**
HomeAides Incorporated
4934 Peach Street
Millcreek TWP PA 16509

**EMPLOYEE**
Colleen M Fitzgerald
16469 Route 957
Bear Lake PA 16402

NET PAY: $163.47
Checking# ....9288  $163.47

| PAY | QTY | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 15.00 | $9.50 | $142.50 | $384.75 |
| Regular Pay Weekends | 5.00 | $10.50 | $52.50 | $157.50 |
| Regular Pay 3-11 | 1.00 | $9.75 | $9.75 | $24.38 |
| **Total** | | | **$204.75** | **$566.63** |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | $16.15 | $46.42 |
| Social Security | $12.69 | $35.13 |
| Medicare | $2.97 | $8.22 |
| PA Income Tax | $6.29 | $17.40 |
| PA SUI Employee | $0.14 | $0.39 |
| Bear Lake | $1.02 | $2.83 |
| Warren Cnty SD PSD 620101 | $1.02 | $2.83 |
| **Total** | **$40.28** | **$113.22** |

| AFTER-TAX ADJUSTMENTS | Current | YTD |
|---|---|---|
| LST Tax | $1.00 | $3.00 |
| Child Abuse Clearance | $0.00 | $10.00 |
| Drug Screen | $0.00 | $7.00 |
| Background Check | $0.00 | $10.00 |
| PPD/TB Test | $0.00 | $26.00 |
| **Total** | **$1.00** | **$56.00** |

| Net Pay | Current | YTD |
|---|---|---|
| | $163.47 | $397.41 |

Intuit Payroll

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 16-10984-TPA |
| | : | |
| Brian Craig Fitzgerald and | : | CHAPTER 13 |
| Colleen Marie Fitzgerald, | : | |
| Debtors | : | |
| | : | |
| Brian Craig Fitzgerald, | : | |
| Movant | : | Filed Pursuant to Rule 1007-4 |

### VERIFICATION REGARDING PROOF OF INCOME

I, **Brian Craig Fitzgerald**, hereby state as follows:

1.) I am recently became employed with Career Concepts Staffing Solutions Inc., where I will bring home an average of $2,340.00 per month.
2.) I am also self-employed which nets me a monthly average of $258.50 per month.
3.) I was required to file 2014 – 2015 tax returns; therefore I have submitted the same to the Trustee.
4.) I have submitted to the Trustee proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: October 26, 2016            /s/ Brian Craig Fitzgerald
                                  Debtor