| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Brian Craig Fitzgerald** | Social Security number or ITIN  **xxx–xx–8743** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Colleen Marie Fitzgerald** | Social Security number or ITIN  **xxx–xx–2409** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **WESTERN DISTRICT OF PENNSYLVANIA** | | Date case filed for chapter  **13  10/14/16** |
| Case number:  **16–10984–TPA** | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

**12/15**

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Brian Craig Fitzgerald | Colleen Marie Fitzgerald |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 16469 Route 957 Bear Lake, PA 16402 | 16469 Route 957 Bear Lake, PA 16402 |
| 4. | **Debtor's attorney** Name and address | Daniel P. Foster Foster Law Offices PO Box 966 Meadville, PA 16335 | Contact phone 814.724.1165 |
| 5. | **Bankruptcy trustee** Name and address | Ronda J. Winnecour Suite 3250, USX Tower 600 Grant Street Pittsburgh, PA 15219 | Contact phone 412–471–5566 |
| 6. | **Bankruptcy clerk's office** | U.S. Bankruptcy Court U.S. Courthouse, Room B160 17 South Park Row Erie, PA 16501 | Hours open Monday – Friday 9:00 AM – 4:30 PM Contact phone 814–464–9740 Date: 11/7/16 |

The Court uses an electronic filing system and filers must follow the Court's Local Rules governing the manner in which documents must be filed. Persons not represented by an attorney may file paper documents at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.
**Photo ID/Delays:** For security reasons, you may encounter delays when attending court hearings. You should be prepared to show Photo Identification when attending these preceedings, Please plan accordingly.

**For more information, see page 2**

Official Form 309I                    **Notice of Chapter 13 Bankruptcy Case**                    page 1

Debtor  **Brian Craig Fitzgerald**  and  **Colleen Marie Fitzgerald**                                                      Case number **16–10984–TPA**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.<br><br>**Debtor's Photo ID and Social Security Card Must be Presented at the 341 Meeting** | **December 13, 2016 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 2/13/17** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 3/13/17** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 4/12/17** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**  30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan, a copy of which is enclosed. An initial hearing on confirmation of the plan will be conciliated by the chapter 13 trustee and will be held immediately following the meeting of creditors. Objections to the plan must be filed 7 days prior to the first date set for the meeting of creditors. Objections to holding the initial confirmation hearing immediately following the meeting of creditors must be filed 14 days prior to the first date set for the meeting of creditors. Any party filing an objection to the plan and/or the holding of an initial confirmation hearing immediately following the meeting of creditors must appear in person at the meeting of creditors.<br><br>Any continuance will be announced at the initial hearing. No other notice will be given. Parties must check the docket to ascertain the continued hearing date, time and location. Debtors and their counsel must attend.<br><br>The hearing on confirmation will be held on:<br>**12/13/16** at **10:00 AM**, Location: **Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. The debtor is required to timely make all payments to the trustee. The first payment is due (30) days after the Chapter 13 Plan has been filed. Any failure to make preconfirmation payments to the trustee may result in the dismissal of the case on the trustee's written or oral motion made prior to or at the plan confirmation hearing. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 16-10984-TPA
Brian Craig Fitzgerald                                             Chapter 13
Colleen Marie Fitzgerald
        Debtors                        **CERTIFICATE OF NOTICE**

District/off: 0315-1          User: culy          Page 1 of 2          Date Rcvd: Nov 07, 2016
                             Form ID: 309I        Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2016.
db/jdb       +Brian Craig Fitzgerald,   Colleen Marie Fitzgerald,   16469 Route 957,
              Bear Lake, PA 16402-3733
aty          +Joshua I. Goldman,   KML Law Group, P.C.,   701 Market Street,   Suite 5000,
              Philadelphia, PA 19106-1541
tr           +Ronda J. Winnecour,   Suite 3250, USX Tower,   600 Grant Street,   Pittsburgh, PA 15219-2702
cr           +PNC Bank National Association,   PO Box 94982,   Cleveland, OH 44101-4982
14306571     +Citibank / Best Buy,   Centralized Bankruptcy,   Po Box 790040,   St Louis, MO 63179-0040
14306572     +Citibank / Sears,   Citicorp Credit Services,   Po Box 790040,   Saint Louis, MO 63179-0040
14306573     +Citizens Bank,   Attn: Bankruptcy,   443 Jefferson Boulevard,   Ms Rjw-135,
              Warwick, RI 02886-1321
14306578     +Discover Personal Loan,   502 East Market Street,   Greenwood, DE 19950-9700
14306580    ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage LLC,   350 Highland Drive,
              Lewisville, TX 75067)
14306584     +PNC Bank Credit Card,   Po Box 5570,   Mailstop BR- YB58-01-5,   Cleveland, OH 44101-0570
14307631     +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14306581     +Paul E Landin DMD,   12605 Jackson Run Road,   PO Box 597,   Sugar Grove, PA 16350-0597
14306582     +PayPay Credit,   PO Box 5138,   Timonium, MD 21094-5138
14306583     +Pnc Bank,   249 5th Avenue,   Suite 30,   Pittsburgh, PA 15222-2707
14306590     +Warren General Hospital,   Two Crescent Park West,   Warren, PA 16365-2199

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: dan@mrdebtbuster.com Nov 08 2016 02:10:33    Daniel P. Foster,
              Foster Law Offices,   PO Box 966,   Meadville, PA  16335
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 08 2016 02:10:53    Pennsylvania Dept. of Revenue,
              Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
              Harrisburg, PA  17128-0946
ust          +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Nov 08 2016 02:10:55
              Office of the United States Trustee,   Liberty Center.,   1001 Liberty Avenue, Suite 970,
              Pittsburgh, PA 15222-3721
14306567     +EDI: GMACFS.COM Nov 08 2016 01:53:00    Ally Financial,   Po Box 380901,
              Bloomington, MN 55438-0901
14306568     +EDI: AMEREXPR.COM Nov 08 2016 01:53:00    Amex,   Correspondence,   Po Box 981540,
              El Paso, TX 79998-1540
14306569     +EDI: BANKAMER.COM Nov 08 2016 01:53:00    Bank Of America,   Nc4-105-03-14,   Po Box 26012,
              Greensboro, NC 27420-6012
14306570     +EDI: CHASE.COM Nov 08 2016 01:53:00    Chase Card Services,   Attn: Correspondence Dept,
              Po Box 15298,   Wilmingotn, DE 19850-5298
14306574     +EDI: WFNNB.COM Nov 08 2016 01:53:00    Comenity Bank / Bon Ton,   3100 Easton Square Plaza,
              Columbus, OH 43219-6232
14306575     +EDI: WFNNB.COM Nov 08 2016 01:53:00    Comenity Bank / Peebles,   Po Box 182125,
              Columbus, OH 43218-2125
14306576      EDI: WFNNB.COM Nov 08 2016 01:53:00    Comenity Bank / Victoria Secret,   Po Box 18215,
              Columbus, OH 43218
14309843      EDI: DISCOVER.COM Nov 08 2016 01:53:00    Discover Bank,   Discover Products Inc,
              PO Box 3025,   New Albany, OH  43054-3025
14306577     +EDI: DISCOVER.COM Nov 08 2016 01:53:00    Discover Financial,   Po Box 3025,
              New Albany, OH 43054-3025
14309411     +E-mail/Text: dplbk@discover.com Nov 08 2016 02:11:07    Discover Personal Loans,
              PO BOX 30954,   Salt Lake City, UT 84130-0954
14306579     +EDI: CBSKOHLS.COM Nov 08 2016 01:53:00    Kohls / Capital One,   Po Box 3120,
              Milwaukee, WI 53201-3120
14306585     +EDI: RMSC.COM Nov 08 2016 01:53:00    Syncb / Toys R Us DC,   Attn: Bankrupty,   Po Box 103104,
              Roswell, GA 30076-9104
14306586     +EDI: RMSC.COM Nov 08 2016 01:53:00    Synchrony Bank / JCPenneys,   Po Box 965064,
              Orlando, FL 32896-5064
14306587     +EDI: RMSC.COM Nov 08 2016 01:53:00    Synchrony Bank / Lowes,   Po Box 965064,
              Orlando, FL 32896-5064
14306588     +EDI: RMSC.COM Nov 08 2016 01:53:00    Synchrony Bank / Old Navy,   Po Box 965064,
              Orlando, FL 32896-5064
14306589     +EDI: RMSC.COM Nov 08 2016 01:53:00    Synchrony Bank / Sams Club,   Po Box 965064,
              Orlando, FL 32896-5064
                                                                                    TOTAL: 19


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            NATIONSTAR MORTGAGE LLC
cr*          +DISCOVER PERSONAL LOANS,   PO Box 30954,   Salt Lake City, UT 84130-0954
cr*          +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                         TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0315-1          User: culy          Page 2 of 2          Date Rcvd: Nov 07, 2016
                             Form ID: 309I        Total Noticed: 34
```

```
           ***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2016                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2016 at the address(es) listed below:
          Daniel P. Foster    on behalf of Joint Debtor Colleen Marie Fitzgerald dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          Daniel P. Foster    on behalf of Debtor Brian Craig Fitzgerald dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          Joshua I. Goldman    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                              TOTAL: 5
```