**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 16-10984-TPA |
| | : | |
| **Brian Craig Fitzgerald and** | : | CHAPTER 13 |
| **Colleen Marie Fitzgerald,** | : | |
| Debtors, | : | |
| | : | MOTION NO.: WO - 1 |
| **Brian Craig Fitzgerald,** | : | |
| Movant, | : | DOCKET NO.: |
| | : | |
| vs. | : | |
| | : | |
| **Unemployment Compensation,** | : | |
| | : | |
| **and** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee.** | : | |
| Respondents. | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment Termination by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: November 1, 2017          By: /s/ Clarissa Bayhurst
                                       CLARISSA BAYHURST, PARALEGAL
                                       FOSTER LAW OFFICES
                                       Po Box 966
                                       Meadville, PA 16335
                                       Tel 814.724.1165
                                       Fax 814.724.1158

\*Parties served by the court electronically were not served by regular mail

## MATRIX

**OFFICE OF UC BENEFITS**
**651 BOAS STREET**
**ROOM 610**
**HARRISBURG PA 17121**