**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | **CASE NO. 16-10984-TPA** |
| | : | |
| **Brian Craig Fitzgerald and** | : | **CHAPTER 13** |
| **Colleen Marie Fitzgerald,** | : | |
| **Debtors,** | : | |
| _____ | : | **MOTION NO.: WO - 1** |
| **Colleen Marie Fitzgerald,** | : | |
| **Movant,** | : | **DOCKET NO.:** |
| | : | |
| **vs.** | : | |
| | : | |
| **HomeAides Inc.,** | : | |
| | : | |
| **and** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee.** | : | |
| **Respondents.** | : | |

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment Termination by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: <u>March 23, 2018</u>

By: /s/ Clarissa Bayhurst
CLARISSA BAYHURST, PARALEGAL
FOSTER LAW OFFICES
Po Box 966
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

_____

*Parties served by the court electronically were not served by regular mail

## **MATRIX**

**HOMEAIDES INC**
**4934 PEACH STREET**
**ERIE PA 16509**