## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | **CASE NO. 16-10984-TPA** |
| | : | |
| **Brian Craig Fitzgerald and** | : | **CHAPTER 13** |
| **Colleen Marie Fitzgerald,** | : | |
| Debtors, | : | |
| _____ | : | **MOTION NO.: WO - 1** |
| **Colleen Marie Fitzgerald,** | : | |
| Movant, | : | **DOCKET NO.:** |
| | : | |
| **vs.** | : | |
| | : | |
| **Elwood Staffing,** | : | |
| | : | |
| **and** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee. | : | |
| Respondents. | : | |

### <u>**CERTIFICATE OF SERVICE**</u>

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment and Local Form No. 12 by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: <u>March 23, 2018</u>

By: /s/ Clarissa Bayhurst_____
CLARISSA BAYHURST, PARALEGAL
FOSTER LAW OFFICES
Po Box 966
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

_____
*Parties served by the court electronically were not served by regular mail

### **MATRIX**

**ELWOOD STAFFING**
**4720 BAKER STREET EXTENSION**
**LAKEWOOD NY 14750**