## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Brian Craig Fitzgerald                                 CHAPTER 13
         Colleen Marie Fitzgerald
                 Debtor(s)                                     BKY. NO. 16-10984 TPA

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

        Kindly enter my appearance on behalf of Goldman Sachs Mortgage Company and index same on the master mailing list.

                               Respectfully submitted,

                               /s/ **Brian C. Nicholas**
                               Brian Nicholas
                               05 Feb 2021, 11:29:25, EST

                               Brian C. Nicholas, Esq. (317240) ☑
                               Maria D. Miksich, Esq. (319383) ☐
                               Rebecca A. Solarz, Esq. (315936) ☐
                               KML Law Group, P.C.
                               BNY Mellon Independence Center
                               701 Market Street, Suite 5000
                               Philadelphia, PA 19106
                               412-430-3594
                               bkgroup@kmllawgroup.com