# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

04/22/2021

IN RE:

BRIAN CRAIG FITZGERALD
COLLEEN MARIE FITZGERALD
16469 ROUTE 957
BEAR LAKE,  PA  16402
XXX-XX-8743          Debtor(s)

XXX-XX-2409

Case No.16-10984 TPA

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee′s final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

4/22/2021

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:1   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: 1000 |
| PO BOX 41021 | | |
| | CLAIM: 0.00 | |
| NORFOLK, VA  23541 | COMMENT: LOWE'S/PRAE | |

| | | |
|---|---|---|
| **JOSHUA I GOLDMAN ESQ** | Trustee Claim Number:2   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | |
| | CLAIM: 0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  NATIONSTAR MORT/PRAE | |

| | | |
|---|---|---|
| **CITIZENS BANK NA(*)** | Trustee Claim Number:3   INT %: 3.25% | CRED DESC:  VEHICLE |
| 1 CITIZENS DR | Court Claim Number:4 | ACCOUNT NO.:  6946 |
| MS ROP15B | | |
| | CLAIM: 32,951.37 | |
| RIVERSIDE, RI  02915 | COMMENT: CL$GOVS@3.25%MDF/PL | |

| | | |
|---|---|---|
| **GOLDMAN SACHS MORTGAGE CO** | Trustee Claim Number:4   INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEI |
| C/O SELECT PORTFOLIO SVCNG INC* | Court Claim Number:10 | ACCOUNT NO.:  9661 |
| PO BOX 65450 | | |
| | CLAIM: 0.00 | |
| SALT LAKE CITY, UT  84115 | COMMENT: PMT/DECL*409/PL*DKT4PMT-LMT*BGN 10/16*FR NATIONSTAR-DOC 145 | |

| | | |
|---|---|---|
| **PNC BANK NA** | Trustee Claim Number:5   INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEI |
| POB 94982 | Court Claim Number:9 | ACCOUNT NO.:  5049 |
| | CLAIM: 694.90 | |
| CLEVELAND, OH  44101 | COMMENT: PMT/DECL*DKT4PMT-LMT*2ND*BGN 10/16*BAL WAIVED/CR/LTR*CL=10173.40 | |

| | | |
|---|---|---|
| **AMERICAN EXPRESS CENTURION BNK** | Trustee Claim Number:6   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O BECKET & LEE LLP | Court Claim Number:8 | ACCOUNT NO.:  1006 |
| POB 3001 | | |
| | CLAIM: 783.11 | |
| MALVERN, PA  19355-0701 | COMMENT: 7763/SCH | |

| | | |
|---|---|---|
| **AMERICAN EXPRESS** | Trustee Claim Number:7   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 981537 | Court Claim Number: | ACCOUNT NO.:  7843 |
| | CLAIM: 0.00 | |
| EL PASO, TX  79998 | COMMENT: NT ADR/SCH | |

| | | |
|---|---|---|
| **JPMORGAN CHASE BANK NA** | Trustee Claim Number:8   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 15298 | Court Claim Number: | ACCOUNT NO.:  7175 |
| | CLAIM: 0.00 | |
| WILMINGTON, DE  19850 | COMMENT: | |

| | | |
|---|---|---|
| **JPMORGAN CHASE BANK NA** | Trustee Claim Number:9   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 15298 | Court Claim Number: | ACCOUNT NO.:  6596 |
| | CLAIM: 0.00 | |
| WILMINGTON, DE  19850 | COMMENT: | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:10  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:12 | ACCOUNT NO.:  4281 |
| | CLAIM: 5,124.97 | |
| NORFOLK, VA  23541 | COMMENT: CITIBANK/SEARS | |

**CLAIM RECORDS**

---

**DISCOVER BANK(*)**
C/O DISCOVER PRODUCTS INC
PO BOX 3025

NEW ALBANY, OH  43054-3025

| | |
|---|---|
| Trustee Claim Number:11 INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| Court Claim Number:3 | ACCOUNT NO.:  2990 |
| CLAIM:  16,334.64 | |
| COMMENT: | |

---

**DISCOVER PERSONAL LOANS\*\***
PO BOX 6105

CAROL STREAM, IL  60197-6104

| | |
|---|---|
| Trustee Claim Number:12 INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| Court Claim Number:1 | ACCOUNT NO.:  6786 |
| CLAIM:  12,662.87 | |
| COMMENT: | |

---

**LANDIN DENTAL ASSOC**
12605 JACKSON RUN RD7
POB 597

SUGAR GROVE, PA  16350

| | |
|---|---|
| Trustee Claim Number:13 INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| Court Claim Number: | ACCOUNT NO.:  987 |
| CLAIM:  0.00 | |
| COMMENT: | |

---

**BILL ME LATER INC A/S/F SYNCHRONY BANK**
C/O WEINSTEIN & RILEY PS
PO BOX 3978

SEATTLE, WA  98124-3978

| | |
|---|---|
| Trustee Claim Number:14 INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| Court Claim Number:11-2 | ACCOUNT NO.:  3677 |
| CLAIM:  2,949.11 | |
| COMMENT:  PAYPAL*AMD*FR COMENITY-DOC 137 | |

---

**PNC BANK NA**
POB 94982

CLEVELAND, OH  44101

| | |
|---|---|
| Trustee Claim Number:15 INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| Court Claim Number: | ACCOUNT NO.:  8731 |
| CLAIM:  0.00 | |
| COMMENT:  NT ADR/SCH | |

---

**MIDLAND FUNDING LLC**
C/O MIDLAND CREDIT MANAGEMENT INC - AGEI
PO BOX 2011

WARREN, MI  48090

| | |
|---|---|
| Trustee Claim Number:16 INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| Court Claim Number:7 | ACCOUNT NO.:  1000 |
| CLAIM:  2,077.34 | |
| COMMENT:  SYNCHRONY/LOWE'S | |

---

**MIDLAND FUNDING LLC**
C/O MIDLAND CREDIT MANAGEMENT INC - AGEI
PO BOX 2011

WARREN, MI  48090

| | |
|---|---|
| Trustee Claim Number:17 INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| Court Claim Number:5 | ACCOUNT NO.:  7378 |
| CLAIM:  3,237.94 | |
| COMMENT:  SYNCHRONY/OLD NAVY | |

---

**MIDLAND FUNDING LLC**
C/O MIDLAND CREDIT MANAGEMENT INC - AGEI
PO BOX 2011

WARREN, MI  48090

| | |
|---|---|
| Trustee Claim Number:18 INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| Court Claim Number:6 | ACCOUNT NO.:  5370 |
| CLAIM:  928.35 | |
| COMMENT:  SYNCHRONY/SAM'S CLUB*CHARGE OFF: 10/19/16*INSUFF POD | |

---

**WARREN GENERAL HOSPITAL**
TWO CRESENT PARK

WARREN, PA  16365

| | |
|---|---|
| Trustee Claim Number:19 INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| Court Claim Number: | ACCOUNT NO.: |
| CLAIM:  0.00 | |
| COMMENT: | |

---

**DISCOVER PERSONAL LOANS\*\***
PO BOX 6105

CAROL STREAM, IL  60197-6104

| | |
|---|---|
| Trustee Claim Number:20 INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| Court Claim Number:2 | ACCOUNT NO.:  6786 |
| CLAIM:  0.00 | |
| COMMENT:  CL @ 12662.87 W/DRAWN-DOC 7 | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **PNC BANK NA** | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| POB 94982 | Court Claim Number:9 | ACCOUNT NO.:  5049 |
| | CLAIM:  0.00 | |
| CLEVELAND, OH  44101 | COMMENT:  CL9GOVS*$0 ARRS/PL*2ND*THR 10/16*BAL WAIVED/CR/LTR*CL=131.70 | |

| | | |
|---|---|---|
| **GOLDMAN SACHS MORTGAGE CO** | Trustee Claim Number:22  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| C/O SELECT PORTFOLIO SVCNG INC* | Court Claim Number:10 | ACCOUNT NO.:  9661 |
| PO BOX 65450 | | |
| | CLAIM:  33.67 | |
| SALT LAKE CITY, UT  84115 | COMMENT:  CL10GOVS*$0 ARRS/PL*THR 9/16*FR NATIONSTAR-DOC 145 | |

| | | |
|---|---|---|
| **KML LAW GROUP PC*** | Trustee Claim Number:23  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  GOLDMAN SACHS/PRAE | |