# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

FILED
10/28/21 4:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
BRIAN CRAIG FITZGERALD
COLLEEN MARIE FITZGERALD
    Debtor(s)
Ronda J. Winnecour, Trustee
    Movant
    vs.
BRIAN CRAIG FITZGERALD
COLLEEN MARIE FITZGERALD

    Respondents

Case No. 16-10984TPA

Chapter 13

Document No. 168

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ___28th___ day of __October__, 20_21_ it is hereby ORDERED, ADJUDGED, and DECREED that,

    Cummins Inc
    Attn: Payroll
    Po Box 3005
    Columbus, IN 47202

is hereby ordered to immediately terminate the attachment of the wages of COLLEEN MARIE FITZGERALD, social security number XXX-XX-2409. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of COLLEEN MARIE FITZGERALD.

cc: Debtor(s)
    Debtor(s) Attorney

BY THE COURT:

_____ jlm
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-10984-TPA |
| Brian Craig Fitzgerald | Chapter 13 |
| Colleen Marie Fitzgerald | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: culy | Page 1 of 2 |
| Date Rcvd: Oct 28, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Brian Craig Fitzgerald, Colleen Marie Fitzgerald, 16469 Route 957, Bear Lake, PA 16402-3733 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2021        Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper alubin@milsteadlaw.com  bkecf@milsteadlaw.com |
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Goldman Sachs Mortgage Company bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Joint Debtor Colleen Marie Fitzgerald dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Brian Craig Fitzgerald dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |

District/off: 0315-1　　　　　　　　　　　　　　User: culy　　　　　　　　　　　　　　　　　　　Page 2 of 2
Date Rcvd: Oct 28, 2021　　　　　　　　　　　Form ID: pdf900　　　　　　　　　　　　　　　Total Noticed: 1

Joshua I. Goldman
        on behalf of Creditor NATIONSTAR MORTGAGE LLC jgoldman@kmllawgroup.com angelica.reyes@padgettlawgroup.com

Maria Miksich
        on behalf of Creditor Goldman Sachs Mortgage Company mmiksich@kmllawgroup.com

Matthew Christian Waldt
        on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mwaldt@milsteadlaw.com bkecf@milsteadlaw.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com


TOTAL: 10