Certificate Number: 02998-PAW-DE-036186900

Bankruptcy Case Number: 16-10984



02998-PAW-DE-036186900

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 7, 2021, at 11:42 o'clock AM EST, Brian Fitzgerald completed a course on personal financial management given by internet by Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   December 7, 2021              By:   /s/Terri Everett

                                      Name: Terri Everett

                                      Title: Counselor