Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Brian Craig Fitzgerald** | : | Case No. 16−10984−TPA |
| **Colleen Marie Fitzgerald** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 178 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 3/9/22 at 12:00 PM |
| *Respondent(s).* | : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

   *AND NOW,* this *The 27th of December, 2021*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 178 , by the Chapter 13 Trustee

   It is hereby **ORDERED, ADJUDGED and DECREED** that:

   (1) **On or before February 10, 2022**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

   (2) This *Motion* is scheduled for hearing on **March 9, 2022 at 12:00 PM** in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

   (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court **may** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

*/s/ Thomas P. Agresti*
Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Brian Craig Fitzgerald  
Colleen Marie Fitzgerald  
    Debtors

Case No. 16-10984-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: jmar      Page 1 of 3  
Date Rcvd: Dec 27, 2021      Form ID: 300b      Total Noticed: 39

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian Craig Fitzgerald, Colleen Marie Fitzgerald, 16469 Route 957, Bear Lake, PA 16402-3733 |
| cr | + | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14363745 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14306568 | + | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14306569 | + | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14306578 | + | Discover Personal Loan, 502 East Market Street, Greenwood, DE 19950-9700 |
| 15336166 | + | Goldman Sachs Mortgage Company, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14306580 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, 350 Highland Drive, Lewisville, TX 75067 |
| 14306584 | + | PNC Bank Credit Card, Po Box 5570, Mailstop BR- YB58-01-5, Cleveland, OH 44101-0570 |
| 14306581 | + | Paul E Landin DMD, 12605 Jackson Run Road, PO Box 597, Sugar Grove, PA 16350-0597 |
| 14306583 | + | Pnc Bank, 249 5th Avenue, Suite 30, Pittsburgh, PA 15222-2707 |
| 14306590 | + | Warren General Hospital, Two Crescent Park West, Warren, PA 16365-2199 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 28 2021 02:40:00 | PNC Bank National Association, PO Box 94982, Cleveland, OH 44101 |
| cr | + | Email/Text: bncmail@w-legal.com | Dec 28 2021 02:41:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14306567 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 28 2021 02:40:00 | Ally Financial, Po Box 380901, Bloomington, MN 55438-0901 |
| 14306573 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 28 2021 02:40:00 | Citizens Bank, Attn: Bankruptcy, 443 Jefferson Boulevard, Ms Rjw-135, Warwick, RI 02886 |
| 14320293 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 28 2021 02:40:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14370535 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 28 2021 02:40:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14306571 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 28 2021 02:39:46 | Citibank / Best Buy, Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14306572 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 28 2021 02:39:46 | Citibank / Sears, Citicorp Credit Services, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14306574 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 28 2021 02:40:00 | Comenity Bank / Bon Ton, 3100 Easton Square Plaza, Columbus, OH 43219-6232 |
| 14306575 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 28 2021 02:40:00 | Comenity Bank / Peebles, Po Box 182125, Columbus, OH 43218-2125 |

Case 16-10984-TPA   Doc 180   Filed 12/29/21   Entered 12/30/21 00:26:29   Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0315-1 | User: jmar | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 27, 2021 | Form ID: 300b | Total Noticed: 39 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14306576 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 28 2021 02:40:00 | | Comenity Bank / Victoria Secret, Po Box 18215, Columbus, OH 43218 |
| 14309843 | | Email/Text: mrdiscen@discover.com Dec 28 2021 02:40:00 | | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14306577 | + | Email/Text: mrdiscen@discover.com Dec 28 2021 02:40:00 | | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14309411 | + | Email/Text: dplbk@discover.com Dec 28 2021 02:41:00 | | Discover Personal Loans, PO BOX 30954, Salt Lake City, UT 84130-0954 |
| 14306570 | | Email/PDF: ais.chase.ebn@aisinfo.com Dec 28 2021 02:39:41 | | Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmingotn, DE 19850 |
| 14306579 | + | Email/Text: PBNCNotifications@peritusservices.com Dec 28 2021 02:40:00 | | Kohls / Capital One, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14361071 | + | Email/Text: bankruptcydpt@mcmcg.com Dec 28 2021 02:41:00 | | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14364835 | | Email/Text: Bankruptcy.Notices@pnc.com Dec 28 2021 02:40:00 | | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 14380032 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 28 2021 02:39:34 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14307631 | + | Email/PDF: rmscedi@recoverycorp.com Dec 28 2021 02:39:45 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14306582 | + | Email/PDF: gecsedi@recoverycorp.com Dec 28 2021 02:39:30 | | PayPay Credit, PO Box 5138, Timonium, MD 21094-5138 |
| 14951924 | + | Email/Text: bncmail@w-legal.com Dec 28 2021 02:41:00 | | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14306585 | + | Email/PDF: gecsedi@recoverycorp.com Dec 28 2021 02:39:29 | | Syncb / Toys R Us DC, Attn: Bankrupty, Po Box 103104, Roswell, GA 30076-9104 |
| 14306586 | + | Email/PDF: gecsedi@recoverycorp.com Dec 28 2021 02:39:29 | | Synchrony Bank / JCPenneys, Po Box 965064, Orlando, FL 32896-5064 |
| 14306587 | + | Email/PDF: gecsedi@recoverycorp.com Dec 28 2021 02:39:30 | | Synchrony Bank / Lowes, Po Box 965064, Orlando, FL 32896-5064 |
| 14306588 | + | Email/PDF: gecsedi@recoverycorp.com Dec 28 2021 02:39:52 | | Synchrony Bank / Old Navy, Po Box 965064, Orlando, FL 32896-5064 |
| 14306589 | + | Email/PDF: gecsedi@recoverycorp.com Dec 28 2021 02:39:40 | | Synchrony Bank / Sams Club, Po Box 965064, Orlando, FL 32896-5064 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Goldman Sachs Mortgage Company |
| cr | | NATIONSTAR MORTGAGE LLC |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | *+ | DISCOVER PERSONAL LOANS, PO Box 30954, Salt Lake City, UT 84130-0954 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14363746 | * | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14370047 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage LLC, Attn: Bankruptcy Dept., P.O. Box 619096, Dallas, TX 75261-9741 |

TOTAL: 3 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

| District/off: 0315-1 | User: jmar | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 27, 2021 | Form ID: 300b | Total Noticed: 39 |

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 29, 2021                    Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper alubin@milsteadlaw.com  bkecf@milsteadlaw.com |
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Goldman Sachs Mortgage Company bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Joint Debtor Colleen Marie Fitzgerald dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Brian Craig Fitzgerald dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Joshua I. Goldman | on behalf of Creditor NATIONSTAR MORTGAGE LLC jgoldman@kmllawgroup.com  angelica.reyes@padgettlawgroup.com |
| Maria Miksich | on behalf of Creditor Goldman Sachs Mortgage Company mmiksich@kmllawgroup.com |
| Matthew Christian Waldt | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mwaldt@milsteadlaw.com  bkecf@milsteadlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 10