**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>BRIAN CRAIG FITZGERALD<br>COLLEEN MARIE FITZGERALD<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　Chapter 13 Trustee,<br>　　　　Movant<br>　　　vs.<br>No Respondents. | Case No.:16-10984 TPA<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

December 23, 2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/14/2016 and confirmed on 12/19/16. The case was subsequently     Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 75,842.81 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 75,842.81 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,000.00 | |
|    Trustee Fee | 3,667.63 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,667.63 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   GOLDMAN SACHS MORTGAGE CO | 0.00 | 23,158.13 | 0.00 | 23,158.13 |
|     Acct: 9661 | | | | |
|   PNC BANK NA | 694.90 | 694.90 | 0.00 | 694.90 |
|     Acct: 5049 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5049 | | | | |
|   GOLDMAN SACHS MORTGAGE CO | 33.67 | 33.67 | 0.00 | 33.67 |
|     Acct: 9661 | | | | |
|   CITIZENS BANK NA(*) | 32,356.64 | 32,356.64 | 2,874.34 | 35,230.98 |
|     Acct: 6946 | | | | |
| | | | | 59,117.68 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRIAN CRAIG FITZGERALD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL P FOSTER ESQ** | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   AMERICAN EXPRESS CENTURION BNK | 783.11 | 178.60 | 0.00 | 178.60 |
|     Acct: 1006 | | | | |
|   AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7843 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7175 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6596 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 5,124.97 | 1,168.85 | 0.00 | 1,168.85 |
|     Acct: 4281 | | | | |
|   DISCOVER BANK(*) | 16,334.64 | 3,725.44 | 0.00 | 3,725.44 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|   Acct: 2990 | | | | |
|   DISCOVER PERSONAL LOANS** | 12,662.87 | 2,888.02 | 0.00 | 2,888.02 |
|   Acct: 6786 | | | | |
|   LANDIN DENTAL ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 987 | | | | |
|   BILL ME LATER INC A/S/F SYNCHRONY B. | 2,949.11 | 672.60 | 0.00 | 672.60 |
|   Acct: 3677 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 8731 | | | | |
|   MIDLAND FUNDING LLC | 2,077.34 | 473.78 | 0.00 | 473.78 |
|   Acct: 1000 | | | | |
|   MIDLAND FUNDING LLC | 3,237.94 | 738.48 | 0.00 | 738.48 |
|   Acct: 7378 | | | | |
|   MIDLAND FUNDING LLC | 928.35 | 211.73 | 0.00 | 211.73 |
|   Acct: 5370 | | | | |
|   WARREN GENERAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|   DISCOVER PERSONAL LOANS** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 6786 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 1000 | | | | |
|   JOSHUA I GOLDMAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| | | | | 10,057.50 |

TOTAL PAID TO CREDITORS                                                            69,175.18

TOTAL CLAIMED
PRIORITY              0.00
SECURED          33,085.21
UNSECURED        44,098.33

Date: 12/23/2021                                        /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    BRIAN CRAIG FITZGERALD
    COLLEEN MARIE FITZGERALD
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:16-10984 TPA

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 16-10984-TPA
Brian Craig Fitzgerald     Chapter 13
Colleen Marie Fitzgerald
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: jmar     Page 1 of 3
Date Rcvd: Dec 27, 2021     Form ID: pdf900     Total Noticed: 39

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian Craig Fitzgerald, Colleen Marie Fitzgerald, 16469 Route 957, Bear Lake, PA 16402-3733 |
| cr | + | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14363745 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14306568 | + | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14306569 | + | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14306578 | + | Discover Personal Loan, 502 East Market Street, Greenwood, DE 19950-9700 |
| 15336166 | + | Goldman Sachs Mortgage Company, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14306580 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, 350 Highland Drive, Lewisville, TX 75067 |
| 14306584 | + | PNC Bank Credit Card, Po Box 5570, Mailstop BR- YB58-01-5, Cleveland, OH 44101-0570 |
| 14306581 | + | Paul E Landin DMD, 12605 Jackson Run Road, PO Box 597, Sugar Grove, PA 16350-0597 |
| 14306583 | + | Pnc Bank, 249 5th Avenue, Suite 30, Pittsburgh, PA 15222-2707 |
| 14306590 | + | Warren General Hospital, Two Crescent Park West, Warren, PA 16365-2199 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 28 2021 02:40:00 | PNC Bank National Association, PO Box 94982, Cleveland, OH 44101 |
| cr | + | Email/Text: bncmail@w-legal.com | Dec 28 2021 02:41:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14306567 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 28 2021 02:40:00 | Ally Financial, Po Box 380901, Bloomington, MN 55438-0901 |
| 14306573 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 28 2021 02:40:00 | Citizens Bank, Attn: Bankruptcy, 443 Jefferson Boulevard, Ms Rjw-135, Warwick, RI 02886 |
| 14320293 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 28 2021 02:40:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14370535 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 28 2021 02:40:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14306571 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 28 2021 02:39:38 | Citibank / Best Buy, Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14306572 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 28 2021 02:39:55 | Citibank / Sears, Citicorp Credit Services, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14306574 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 28 2021 02:40:00 | Comenity Bank / Bon Ton, 3100 Easton Square Plaza, Columbus, OH 43219-6232 |
| 14306575 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 28 2021 02:40:00 | Comenity Bank / Peebles, Po Box 182125, Columbus, OH 43218-2125 |

Case 16-10984-TPA   Doc 181   Filed 12/29/21   Entered 12/30/21 00:26:29   Desc
Imaged Certificate of Notice   Page 6 of 7

| District/off: 0315-1 | User: jmar | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 27, 2021 | Form ID: pdf900 | Total Noticed: 39 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14306576 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 28 2021 02:40:00 | | Comenity Bank / Victoria Secret, Po Box 18215, Columbus, OH 43218 |
| 14309843 | | Email/Text: mrdiscen@discover.com Dec 28 2021 02:40:00 | | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14306577 | + | Email/Text: mrdiscen@discover.com Dec 28 2021 02:40:00 | | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14309411 | + | Email/Text: dplbk@discover.com Dec 28 2021 02:41:00 | | Discover Personal Loans, PO BOX 30954, Salt Lake City, UT 84130-0954 |
| 14306570 | | Email/PDF: ais.chase.ebn@aisinfo.com Dec 28 2021 02:39:30 | | Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmingotn, DE 19850 |
| 14306579 | + | Email/Text: PBNCNotifications@peritusservices.com Dec 28 2021 02:40:00 | | Kohls / Capital One, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14361071 | + | Email/Text: bankruptcydpt@mcmcg.com Dec 28 2021 02:41:00 | | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14364835 | | Email/Text: Bankruptcy.Notices@pnc.com Dec 28 2021 02:40:00 | | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 14380032 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 28 2021 02:39:34 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14307631 | + | Email/PDF: rmscedi@recoverycorp.com Dec 28 2021 02:39:35 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14306582 | + | Email/PDF: gecsedi@recoverycorp.com Dec 28 2021 02:39:51 | | PayPay Credit, PO Box 5138, Timonium, MD 21094-5138 |
| 14951924 | + | Email/Text: bncmail@w-legal.com Dec 28 2021 02:41:00 | | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14306585 | + | Email/PDF: gecsedi@recoverycorp.com Dec 28 2021 02:39:50 | | Syncb / Toys R Us DC, Attn: Bankrupty, Po Box 103104, Roswell, GA 30076-9104 |
| 14306586 | + | Email/PDF: gecsedi@recoverycorp.com Dec 28 2021 02:39:31 | | Synchrony Bank / JCPenneys, Po Box 965064, Orlando, FL 32896-5064 |
| 14306587 | + | Email/PDF: gecsedi@recoverycorp.com Dec 28 2021 02:39:51 | | Synchrony Bank / Lowes, Po Box 965064, Orlando, FL 32896-5064 |
| 14306588 | + | Email/PDF: gecsedi@recoverycorp.com Dec 28 2021 02:39:29 | | Synchrony Bank / Old Navy, Po Box 965064, Orlando, FL 32896-5064 |
| 14306589 | + | Email/PDF: gecsedi@recoverycorp.com Dec 28 2021 02:39:42 | | Synchrony Bank / Sams Club, Po Box 965064, Orlando, FL 32896-5064 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Goldman Sachs Mortgage Company |
| cr | | NATIONSTAR MORTGAGE LLC |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | *+ | DISCOVER PERSONAL LOANS, PO Box 30954, Salt Lake City, UT 84130-0954 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14363746 | * | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14370047 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage LLC, Attn: Bankruptcy Dept., P.O. Box 619096, Dallas, TX 75261-9741 |

TOTAL: 3 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2021        Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper alubin@milsteadlaw.com bkecf@milsteadlaw.com |
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Goldman Sachs Mortgage Company bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Joint Debtor Colleen Marie Fitzgerald dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Brian Craig Fitzgerald dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Joshua I. Goldman | on behalf of Creditor NATIONSTAR MORTGAGE LLC jgoldman@kmllawgroup.com angelica.reyes@padgettlawgroup.com |
| Maria Miksich | on behalf of Creditor Goldman Sachs Mortgage Company mmiksich@kmllawgroup.com |
| Matthew Christian Waldt | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mwaldt@milsteadlaw.com bkecf@milsteadlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 10