| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Brian Craig Fitzgerald<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–8743<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Colleen Marie Fitzgerald<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–2409<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 16–10984–TPA | |

# Order of Discharge                                                                                                     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Brian Craig Fitzgerald                                                Colleen Marie Fitzgerald

<u>2/11/22</u>                                                                       **By the court:** <u>Thomas P. Agresti</u>
                                                                                                     United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                           Case No. 16-10984-TPA
Brian Craig Fitzgerald                                                                           Chapter 13
Colleen Marie Fitzgerald
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1                            User: auto                            Page 1 of 4
Date Rcvd: Feb 11, 2022                         Form ID: 3180W                        Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian Craig Fitzgerald, Colleen Marie Fitzgerald, 16469 Route 957, Bear Lake, PA 16402-3733 |
| cr | + | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14306578 | + | Discover Personal Loan, 502 East Market Street, Greenwood, DE 19950-9700 |
| 15336166 | + | Goldman Sachs Mortgage Company, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14306580 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, 350 Highland Drive, Lewisville, TX 75067 |
| 14306584 | + | PNC Bank Credit Card, Po Box 5570, Mailstop BR- YB58-01-5, Cleveland, OH 44101-0570 |
| 14306581 | + | Paul E Landin DMD, 12605 Jackson Run Road, PO Box 597, Sugar Grove, PA 16350-0597 |
| 14306583 | + | Pnc Bank, 249 5th Avenue, Suite 30, Pittsburgh, PA 15222-2707 |
| 14306590 | + | Warren General Hospital, Two Crescent Park West, Warren, PA 16365-2199 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Feb 12 2022 04:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 11 2022 23:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Feb 12 2022 04:03:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 11 2022 23:09:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 11 2022 23:08:00 | PNC Bank National Association, PO Box 94982, Cleveland, OH 44101 |
| cr | + | Email/Text: bncmail@w-legal.com | Feb 11 2022 23:09:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14306567 | + | EDI: GMACFS.COM | Feb 12 2022 04:03:00 | Ally Financial, Po Box 380901, Bloomington, MN 55438-0901 |
| 14363745 | | Email/PDF: bncnotices@becket-lee.com | Feb 11 2022 23:18:48 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14306568 | + | Email/PDF: bncnotices@becket-lee.com | Feb 11 2022 23:18:35 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14306569 | + | EDI: BANKAMER.COM | Feb 12 2022 04:03:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, |

Case 16-10984-TPA    Doc 189    Filed 02/13/22    Entered 02/14/22 00:23:56    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 11, 2022 | Form ID: 3180W | Total Noticed: 41 |

| Recipient ID | Method | Date/Time | Address |
|---|---|---|---|
| 14306573 | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 11 2022 23:08:00 | Citizens Bank, Attn: Bankruptcy, 443 Jefferson Boulevard, Ms Rjw-135, Warwick, RI 02886 |
| 14320293 | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 11 2022 23:08:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14370535 | + EDI: WFNNB.COM | Feb 12 2022 04:03:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14306571 | + EDI: CITICORP.COM | Feb 12 2022 04:03:00 | Citibank / Best Buy, Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14306572 | + EDI: CITICORP.COM | Feb 12 2022 04:03:00 | Citibank / Sears, Citicorp Credit Services, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14306574 | + EDI: WFNNB.COM | Feb 12 2022 04:03:00 | Comenity Bank / Bon Ton, 3100 Easton Square Plaza, Columbus, OH 43219-6232 |
| 14306575 | + EDI: WFNNB.COM | Feb 12 2022 04:03:00 | Comenity Bank / Peebles, Po Box 182125, Columbus, OH 43218-2125 |
| 14306576 | EDI: WFNNB.COM | Feb 12 2022 04:03:00 | Comenity Bank / Victoria Secret, Po Box 18215, Columbus, OH 43218 |
| 14309843 | EDI: DISCOVER.COM | Feb 12 2022 04:03:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14306577 | + EDI: DISCOVER.COM | Feb 12 2022 04:03:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14309411 | + EDI: DISCOVERPL | Feb 12 2022 04:03:00 | Discover Personal Loans, PO BOX 30954, Salt Lake City, UT 84130-0954 |
| 14306570 | EDI: JPMORGANCHASE | Feb 12 2022 04:03:00 | Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmingotn, DE 19850 |
| 14306579 | + Email/Text: PBNCNotifications@peritusservices.com | Feb 11 2022 23:08:00 | Kohls / Capital One, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14361071 | + EDI: MID8.COM | Feb 12 2022 04:03:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14364835 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 11 2022 23:08:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 14380032 | EDI: PRA.COM | Feb 12 2022 04:03:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14307631 | + EDI: RECOVERYCORP.COM | Feb 12 2022 04:03:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14306582 | + EDI: RMSC.COM | Feb 12 2022 04:03:00 | PayPay Credit, PO Box 5138, Timonium, MD 21094-5138 |
| 14951924 | + Email/Text: bncmail@w-legal.com | Feb 11 2022 23:09:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14306585 | + EDI: RMSC.COM | Feb 12 2022 04:03:00 | Syncb / Toys R Us DC, Attn: Bankrupty, Po Box 103104, Roswell, GA 30076-9104 |
| 14306586 | + EDI: RMSC.COM | Feb 12 2022 04:03:00 | Synchrony Bank / JCPenneys, Po Box 965064, Orlando, FL 32896-5064 |
| 14306587 | + EDI: RMSC.COM | Feb 12 2022 04:03:00 | Synchrony Bank / Lowes, Po Box 965064, Orlando, FL 32896-5064 |
| 14306588 | + EDI: RMSC.COM | Feb 12 2022 04:03:00 | Synchrony Bank / Old Navy, Po Box 965064, Orlando, FL 32896-5064 |
| 14306589 | + EDI: RMSC.COM | Feb 12 2022 04:03:00 | Synchrony Bank / Sams Club, Po Box 965064, Orlando, FL 32896-5064 |

Note: First row continues "Greensboro, NC 27420-6012" from previous page.

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 11, 2022 | Form ID: 3180W | Total Noticed: 41 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Goldman Sachs Mortgage Company |
| cr | | NATIONSTAR MORTGAGE LLC |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | *+ | DISCOVER PERSONAL LOANS, PO Box 30954, Salt Lake City, UT 84130-0954 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14363746 | * | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14370047 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage LLC, Attn: Bankruptcy Dept., P.O. Box 619096, Dallas, TX 75261-9741 |

TOTAL: 3 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2022    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Goldman Sachs Mortgage Company bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Joint Debtor Colleen Marie Fitzgerald dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Brian Craig Fitzgerald dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Joshua I. Goldman | on behalf of Creditor NATIONSTAR MORTGAGE LLC jgoldman@kmllawgroup.com angelica.reyes@padgettlawgroup.com |
| Lorraine Gazzara Doyle | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper lorraine@mvrlaw.com diane@mvrlaw.com;bankruptcy@friedmanvartolo.com |
| Maria Miksich | on behalf of Creditor Goldman Sachs Mortgage Company mmiksich@kmllawgroup.com |
| Matthew Christian Waldt | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mwaldt@milsteadlaw.com bkecf@milsteadlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-1 User: auto Page 4 of 4
Date Rcvd: Feb 11, 2022 Form ID: 3180W Total Noticed: 41
TOTAL: 10