**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
2/11/22 1:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
BRIAN CRAIG FITZGERALD
COLLEEN MARIE FITZGERALD
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.: 16-10984 TPA

Chapter 13

Document No.: 178

## ORDER OF COURT

AND NOW, this <u>  11th  </u> day of <u>  February  </u>, 20<u>22</u>, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE    jlm

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Brian Craig Fitzgerald  
Colleen Marie Fitzgerald  
    Debtors

Case No. 16-10984-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 3  
Date Rcvd: Feb 11, 2022      Form ID: pdf900      Total Noticed: 39

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian Craig Fitzgerald, Colleen Marie Fitzgerald, 16469 Route 957, Bear Lake, PA 16402-3733 |
| cr | + | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14306569 | + | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14306578 | + | Discover Personal Loan, 502 East Market Street, Greenwood, DE 19950-9700 |
| 15336166 | + | Goldman Sachs Mortgage Company, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14306580 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, 350 Highland Drive, Lewisville, TX 75067 |
| 14306584 | + | PNC Bank Credit Card, Po Box 5570, Mailstop BR- YB58-01-5, Cleveland, OH 44101-0570 |
| 14306581 | + | Paul E Landin DMD, 12605 Jackson Run Road, PO Box 597, Sugar Grove, PA 16350-0597 |
| 14306583 | + | Pnc Bank, 249 5th Avenue, Suite 30, Pittsburgh, PA 15222-2707 |
| 14306590 | + | Warren General Hospital, Two Crescent Park West, Warren, PA 16365-2199 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 11 2022 23:08:00 | PNC Bank National Association, PO Box 94982, Cleveland, OH 44101 |
| cr | + | Email/Text: bncmail@w-legal.com | Feb 11 2022 23:09:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14306567 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 11 2022 23:08:00 | Ally Financial, Po Box 380901, Bloomington, MN 55438-0901 |
| 14363745 | | Email/PDF: bncnotices@becket-lee.com | Feb 11 2022 23:18:40 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14306568 | + | Email/PDF: bncnotices@becket-lee.com | Feb 11 2022 23:18:42 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14306573 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 11 2022 23:08:00 | Citizens Bank, Attn: Bankruptcy, 443 Jefferson Boulevard, Ms Rjw-135, Warwick, RI 02886 |
| 14320293 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 11 2022 23:08:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14370535 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 11 2022 23:09:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14306571 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 11 2022 23:18:45 | Citibank / Best Buy, Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14306572 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 11 2022 23:18:53 | Citibank / Sears, Citicorp Credit Services, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14306574 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 11 2022 23:09:00 | Comenity Bank / Bon Ton, 3100 Easton Square |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Plaza, Columbus, OH 43219-6232 |
| 14306575 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 11 2022 23:09:00 | | Comenity Bank / Peebles, Po Box 182125, Columbus, OH 43218-2125 |
| 14306576 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 11 2022 23:09:00 | | Comenity Bank / Victoria Secret, Po Box 18215, Columbus, OH 43218 |
| 14309843 | | Email/Text: mrdiscen@discover.com Feb 11 2022 23:08:00 | | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14306577 | + | Email/Text: mrdiscen@discover.com Feb 11 2022 23:08:00 | | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14309411 | + | Email/Text: dplbk@discover.com Feb 11 2022 23:09:00 | | Discover Personal Loans, PO BOX 30954, Salt Lake City, UT 84130-0954 |
| 14306570 | | Email/PDF: ais.chase.ebn@aisinfo.com Feb 11 2022 23:18:49 | | Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmingotn, DE 19850 |
| 14306579 | + | Email/Text: PBNCNotifications@peritusservices.com Feb 11 2022 23:08:00 | | Kohls / Capital One, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14361071 | + | Email/Text: bankruptcydpt@mcmcg.com Feb 11 2022 23:09:00 | | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14364835 | | Email/Text: Bankruptcy.Notices@pnc.com Feb 11 2022 23:08:00 | | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 14380032 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 11 2022 23:18:35 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14307631 | + | Email/PDF: rmscedi@recoverycorp.com Feb 11 2022 23:18:43 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14306582 | + | Email/PDF: gecsedi@recoverycorp.com Feb 11 2022 23:18:42 | | PayPay Credit, PO Box 5138, Timonium, MD 21094-5138 |
| 14951924 | + | Email/Text: bncmail@w-legal.com Feb 11 2022 23:09:00 | | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14306585 | + | Email/PDF: gecsedi@recoverycorp.com Feb 11 2022 23:18:34 | | Syncb / Toys R Us DC, Attn: Bankrupty, Po Box 103104, Roswell, GA 30076-9104 |
| 14306586 | + | Email/PDF: gecsedi@recoverycorp.com Feb 11 2022 23:18:34 | | Synchrony Bank / JCPenneys, Po Box 965064, Orlando, FL 32896-5064 |
| 14306587 | + | Email/PDF: gecsedi@recoverycorp.com Feb 11 2022 23:18:42 | | Synchrony Bank / Lowes, Po Box 965064, Orlando, FL 32896-5064 |
| 14306588 | + | Email/PDF: gecsedi@recoverycorp.com Feb 11 2022 23:18:50 | | Synchrony Bank / Old Navy, Po Box 965064, Orlando, FL 32896-5064 |
| 14306589 | + | Email/PDF: gecsedi@recoverycorp.com Feb 11 2022 23:18:42 | | Synchrony Bank / Sams Club, Po Box 965064, Orlando, FL 32896-5064 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Goldman Sachs Mortgage Company |
| cr | | NATIONSTAR MORTGAGE LLC |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | *+ | DISCOVER PERSONAL LOANS, PO Box 30954, Salt Lake City, UT 84130-0954 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14363746 | * | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14370047 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage LLC, Attn: Bankruptcy Dept., P.O. Box 619096, Dallas, TX 75261-9741 |

TOTAL: 3 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 13, 2022   Signature:   /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Goldman Sachs Mortgage Company bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Joint Debtor Colleen Marie Fitzgerald dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Brian Craig Fitzgerald dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Joshua I. Goldman | on behalf of Creditor NATIONSTAR MORTGAGE LLC jgoldman@kmllawgroup.com angelica.reyes@padgettlawgroup.com |
| Lorraine Gazzara Doyle | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper lorraine@mvrlaw.com diane@mvrlaw.com;bankruptcy@friedmanvartolo.com |
| Maria Miksich | on behalf of Creditor Goldman Sachs Mortgage Company mmiksich@kmllawgroup.com |
| Matthew Christian Waldt | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mwaldt@milsteadlaw.com bkecf@milsteadlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 10